E. N. Holt, as Tax Collector of Clay County, Florida, Appellant, v. DeLoach-Edwards Company, a Corporation, Appellee.

(Supreme Court of Florida, Division A, December 19, 1908.)

Appeal from Circuit Court, Clay County; Rhydom M. Call, Judge.

W. H. Baker and G. W. Geiger, for appellant;

E. J. L'Engle, for appellee.

The bill in this cause was filed by the appellee against the appellant. There was an order for the complainant, and the defendant appeals. Order affirmed upon the authority of the case of E. N. Holt as Tax Collector, &c. v. Hillman-Sutherland Company et al., decided this day.